IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIEL PENNA,<br><br>      Plaintiff,<br>  v.<br><br>NORTH CLACKAMAS SCHOOL DISTRICT, and the OREGON DEPARTMENT OF EDUCATION, ODE agents JOHN DOES 1-3, NCSD agents JOHN DOES 1-3, RYAN RICHARDSON, CHELSI RENO, COLT GILL, former GOVERNOR KATE BROWN in her personal and official capacity,<br><br>      Defendant. | Case No.: 3:22-cv-01417-YY<br><br>JUDGMENT |

Based on the Court's ORDER,

It is adjudged that plaintiff's federal claims are DISMISSED with prejudice, and any remaining state law claims are DISMISSED without prejudice.

DATED this 17th day of October, 2023.

                                                                                    _____
                                                                                    Adrienne Nelson
                                                                                    United States District Judge